UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CANICE BRUECKER,

        Plaintiff(s),

Case No. 09-14460

vs.

HON. GEORGE CARAM STEEH

DONNA MARIE'S INC.,
dba Shelby University - A Childcare
Community,

        Defendant(s).
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On April 8, 2010 the attorneys of record placed a settlement on the record and there being no further communication with the court to the contrary;

This case hereby is DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: October 1, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
October 1, 2010 by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk